DANIEL MCCARTHY, and Others, Respondents, v. THOMAS PIERET, Defendant; MICHAEL JACKMAN, Administrator, etc., of CATHERINE MCCARTHY JACKMAN, Deceased (Interpleaded Herein), Appellant.— Order denying motion to dismiss plaintiff's complaint for failure to state sufficient facts to constitute a cause of action affirmed, with ten dollars costs and disbursements, with leave to appellant

to serve an answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.